United States District Court
Middle District of Florida
Orlando Division

**RAZVAN RUSOVICI,**

    *Plaintiff,*

v.                                                     No. 6:22-cv-2172

**UNIVERSITY OF CENTRAL FLORIDA, et al.**

    *Defendants.*

---

## Unopposed Motion for Special Admission

Keith Altman, Esquire, moves for special admission to represent Plaintiff Razvan Rusovici in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I have been licensed to practice law and am a member in good standing in the following jurisdictions: the State of California (2008, Bar No. 257309, certificate of good standing attached); the State of Michigan (2017, Bar No. P81702, certificate of good standing attached); the United States District Courts of Eastern Michigan (2015), Western Michigan (2011), Maryland (2017), Northern California (2011), Southern California (2008), Central California (2013), Eastern California (2017), Northern New York (2020),

1

Southern Indiana (2021), Northern Illinois (2021), Central Illinois (2021), Colorado (2009), North Dakota (2022), Southern Texas (2022), Eastern Texas (2019) and Western Texas (2021); the Appeals Courts for the First (2022), Second (2017), Third (2022), Fourth (2022), Fifth (2020), Sixth (2018), Eighth (2017), Ninth (2018), and Eleventh (2017) Circuits; and the United States Supreme Court (2012).

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida: (*note that the first four cases are all related to the Pulse Nightclub shooting on June 12, 2016*):

- Garcia-Tejada, et al., v. 1912 Orange Ave, et al.  2018-CA-006102 (Fifteenth Judicial Circuit) 09/18/2018. Pulse Nightclub.

- Luke Nguyen v. University of St. Augustine For Health Sciences. 3:21-cv-173 (M.D. FL). 06/29/2021.

- Jasmine Hungerman v. Keiser University, et al. 8:21-cv-00381 (M.D. FL). 07/07/2021.

- Alejandro Herrera v. Florida State University. 2021-AP-000019 (Second Judicial Circuit). 03/10/2022. **Matter disposed.**

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

2

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I am registered with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated: November 21, 2022         Respectfully Submitted,

                                 Keith Altman, Esq.
                                 The Law Office of Keith Altman
                                 33228 West 12 Mile Road, Suite 375
                                 Farmington Hills, Michigan 48331
                                 Tel: (248) 987-8929
                                 keithaltman@kaltmanlaw.com

## Local Rule 3.01(g) Certification

As no opposing parties have yet appeared, there is no opposition to my special admission.



# Supreme Court of California

JORGE E. NAVARRETE

*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### <u>KEITH L. ALTMAN</u>

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify KEITH L. ALTMAN #257309 was on the 25th day of August, 2008 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on this day of November 7th, 2022.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By:_____
Florentino Jimenez, Assistant Deputy Clerk

# THE SUPREME COURT of the STATE OF MICHIGAN

I, Larry S. Royster, Clerk of the Michigan Supreme Court and Custodian of the Roll of Attorneys admitted to the practice of law in this state, do hereby certify that, as appears from the records,

*Keith Altman*

was admitted to the practice of law in the courts of the State of Michigan on

*June 21, 2017*

and has remained in good standing since then.

In Testimony Whereof, I set my hand and affix the seal of the Michigan Supreme Court on this date: November 10, 2022

_____
Clerk