# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**RAZVAN RUSOVICI,**

      **Plaintiff,**

v.                                           Case No: 6:22-cv-2172-ACC-EJK

**UNIVERSITY OF CENTRAL FLORIDA, MIKE BELLEW, BASMA SELIM, JONATHAN KIBBLE, MARCY VERDUIN, and DOE DEFENDANTS 1-20,**

      **Defendants.**

## ORDER

This cause comes before the Court without oral argument on Plaintiff's Unopposed Motion for Special Admission (the "Motion"), filed November 21, 2022. (Doc. 2.)

Upon consideration, the Motion to appear *pro hac vice* of Keith Altman, Esq. is **GRANTED**, provided counsel **shall register for and use the electronic filing system** as adopted by the Court. After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF." Counsel admitted to appear *pro hac vice* must take the tutorial offered on the website before using the system.

**DONE** and **ORDERED** in Orlando, Florida on November 28, 2022.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE