UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RAZVAN RUSOVICI,**

*Plaintiff,*

v.                                                                              No. 6:22-cv-2172

**UNIVERSITY OF CENTRAL FLORIDA, et al.**

*Defendants.*

_____

### CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure:

1.) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, all other identifiable legal entities related to any party in the case, and all members of any LLC including their citizenship:

**Plaintiff: Razvan Rusovici**

**Plaintiff Counsel: Keith Altman, Esq. and The Law Office of Keith Altman, PLLC**

**Defendants (and their counsel, not yet appeared): University of Central Florida, Mike Bellew, Basma Selim, Jonathan Kibble, and Marcy Verduin**

  2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

  **None Known.**

  3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

  **None Known.**

  4.) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

  **Plaintiff: Razvan Rusovici**

  5) Check one of the following:

__X__ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.
- or -

_____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Dated: November 30, 2022      Respectfully Submitted,

                Keith Altman, Esq. (*pro hac vice*)
                The Law Office of Keith Altman
                33228 West 12 Mile Road, Suite 375
                Farmington Hills, Michigan 48331
                Tel: (248) 987-8929
                keithaltman@kaltmanlaw.com