UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAZVAN RUSOVICI,

        **Plaintiff,**

v.                        Case No: 6:22-cv-2172-ACC-EJK

UNIVERSITY OF CENTRAL
FLORIDA, MIKE BELLEW, BASMA
SELIM, JONATHAN KIBBLE,
MARCY VERDUIN and DOE
DEFENDANTS 1-20,

        **Defendants.**

_____

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

    None.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:  November 30, 2022

/s/ *Keith Altman*
Keith Altman, Esq.  *(pro hac vice)*
The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331
Tel: (248) 987-8929
keithaltman@kaltmanlaw.com