# RETURN OF SERVICE

**State of Florida**　　　　　　　　**County of**　　　　　　　　**Middle District Court**

Case Number: 6:22-CV-2172   Court Date: 2/19/2023

Plaintiff:
**RAZVAN RUSOVICI**

vs.

Defendant:
**UNIVERSITY OF CENTRAL FLORIDA, THROUGH ITS BOARD OF TRUSTEES, ET AL.**

For:
KALTMAN LAW

Received by ALLIANCE PROCESS, INC. on the 7th day of February, 2023 at 12:51 pm to be served on **UNIVERSITY OF CENTRAL FLORIDA C/O YOUNDY COOKOFFICE OF THE GENERAL COUNSEL UNIVERSITY OF CENTRAL FLORIDA, 4365 ANDROMEDA LOOP N, STE 360, ORLANDO, FL 32816**.

I, J.N. MEADOWS, do hereby affirm that on the **8th day of February, 2023 at 11:00 am, I:**

**AUTHORIZED:** SERVED BY DELIVERING A TRUE COPY OF THE **SUMMONS IN A CIVIL ACTION; COMPLAINT WITH EXHIBITS** WITH THE DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME, TO: **REBECCA PLUGUEZ** AS **DIRECTOR**, WHO STATED THEY ARE AUTHORIZED TO ACCEPT FOR: **UNIVERSITY OF CENTRAL FLORIDA C/O YOUNDY COOKOFFICE OF THE GENERAL COUNSEL UNIVERSITY OF CENTRAL FLORIDA** AT THE ADDRESS OF: **4365 ANDROMEDA LOOP N, STE 360, ORLANDO, FL 32816** AND INFORMED SAID PERSON OF THE CONTENTS THEREIN.

I certify that I am over the age of 18 and have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing document, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

J.N. MEADOWS
SCID#476/ID#0174

ALLIANCE PROCESS, INC.
Post Office Box 547388
Orlando, FL 32854-7388
(407) 298-5811

Our Job Serial Number: SEB-2023000536

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k