# **RETURN OF SERVICE**

| | | |
|---|---|---|
| **State of Florida** | **County of** | **Middle District Court** |

Case Number: 6:22-CV-2172   Court Date: 2/19/2023

Plaintiff:
**RAZVAN RUSOVICI**

vs.

Defendant:
**UNIVERSITY OF CENTRAL FLORIDA, THROUGH ITS BOARD OF TRUSTEES, ET AL.**

For:
KALTMAN LAW

Received by ALLIANCE PROCESS, INC. on the 7th day of February, 2023 at 12:51 pm to be served on **JONATHAN KIBBLE UNIVERSITY OF CENTRAL FLORIDA COLLEGE OF MEDICINE, 6850 LAKE NONA BLVD, 1ST FLOOR, ORLANDO, FL 32827**.

I, J.N. MEADOWS, do hereby affirm that on the **10th day of February, 2023** at **10:40 am, I:**

SERVED **SUMMONS IN A CIVIL ACTION; COMPLAINT WITH EXHIBITS** AS DESCRIBED IN THE COMMENTS BELOW, BY SERVING **SARA POTTER ASSOCIATE GENERAL COUNSEL FOR UCF, ACCEPTING SERVICE ON BEHALF OF JONATHAN KIBBLE AT 4365 ANDROMEDA LOOP N., RM 360, ORLANDO, FL 32816**

I certify that I am over the age of 18 and have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing document, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

J.N. MEADOWS
SCID#476/ID#0174

ALLIANCE PROCESS, INC.
Post Office Box 547388
Orlando, FL 32854-7388
(407) 298-5811

Our Job Serial Number: SEB-2023000533

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k

# RETURN OF SERVICE

**State of Florida**         **County of**                    **Middle District Court**

Case Number: 6:22-CV-2172   Court Date: 2/19/2023

Plaintiff:
**RAZVAN RUSOVICI**

vs.

Defendant:
**UNIVERSITY OF CENTRAL FLORIDA, THROUGH ITS BOARD OF TRUSTEES, ET AL.**

For:
KALTMAN LAW

Received by ALLIANCE PROCESS, INC. on the 7th day of February, 2023 at 12:51 pm to be served on **BASMA SELIM UNIVERSITY OF CENTRAL FLORIDA COLLEGE OF MEDICINE, 6850 LAKE NONA BLVD, 313F, ORLANDO, FL 32827.**

I, J.N. MEADOWS, do hereby affirm that on the **10th day of February, 2023** at **10:40 am, I:**

SERVED **SUMMONS IN A CIVIL ACTION; COMPLAINT WITH EXHIBITS** AS DESCRIBED IN THE COMMENTS BELOW, BY SERVING **SARA POTTER ASSOCIATE GENERAL COUNSEL FOR UCF, ACCEPTING SERVICE ON BEHALF OF BASMA SELIM** AT **4365 ANDROMEDA LOOP N, RM 360, ORLANDO, FL 32816**

I certify that I am over the age of 18 and have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing document, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

J.N. MEADOWS
SCID#476/ID#0174

ALLIANCE PROCESS, INC.
Post Office Box 547388
Orlando, FL 32854-7388
(407) 298-5811

Our Job Serial Number: SEB-2023000534

# **RETURN OF SERVICE**

| | | |
|---|---|---|
| **State of Florida** | **County of** | **Middle District Court** |

Case Number: 6:22-CV-2172   Court Date: 2/19/2023

Plaintiff:
**RAZVAN RUSOVICI**

vs.

Defendant:
**UNIVERSITY OF CENTRAL FLORIDA, THROUGH ITS BOARD OF TRUSTEES, ET AL.**

For:
KALTMAN LAW

Received by ALLIANCE PROCESS, INC. on the 7th day of February, 2023 at 12:51 pm to be served on **MARCY VERDUIN UCF HEALTH- EAST ORLANDO, 3400 QUADRANGLE BLVD, ORLANDO, FL 32817**.

I, J.N. MEADOWS, do hereby affirm that on the **10th day of February, 2023** at **10:40 am, I:**

SERVED **SUMMONS IN A CIVIL ACTION; COMPLAINT WITH EXHIBITS** AS DESCRIBED IN THE COMMENTS BELOW, BY SERVING **SARA POTTER ASSOCIATE GENERAL COUNSEL FOR UCF, ACCEPTING SERVICE ON BEHALF OF MARCY VERDUIN AT 4365 ANDROMEDA LOOP N, RM 360, ORLANDO, FL 32816**

I certify that I am over the age of 18 and have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing document, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

J.N. MEADOWS
SCID#476/ID#0174

ALLIANCE PROCESS, INC.
Post Office Box 547388
Orlando, FL 32854-7388
(407) 298-5811

Our Job Serial Number: SEB-2023000535