UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NUMBER: 6:22-cv-2172

RAZVAN RUSOVICI,

    Plaintiff,

vs.

UNIVERSITY OF CENTRAL FLORIDA,
through its Board of Trustees;
MIKE BELLEW
(in his official and individual capacity);
BASMA SELIM
(in her official and individual capacity);
 JONATHAN KIBBLE
(in his official and individual capacity);
MARCY VERDUIN
(in his official and individual capacity);
DOE DEFENDANTS 1-20
(in their official and individual capacity);

    Defendants.
_____/

**AMENDED NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that **Mark Van Valkenburgh, Esquire** of the law firm of **Garganese, Weiss, D'Agresta & Salzman, P.A.**, hereby makes his appearance as counsel for Defendants, University of Central Florida through its Board of Trustees ("UCF")[1], Basma Selim ("Selim"), Jonathan Kibble ("Kibble"),

---

[1] In this Motion, UCF uses the name listed by Defendant in his Complaint. The proper party is The University of Central Florida Board of Trustees. Fla. Stat. § 1001.72.

and Marcy Verduin ("Verduin"), in the above-captioned matter and requests that all future pleadings, correspondence, and other documents regarding this case be forwarded to the attention of the undersigned.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of March, 2023, a copy of the foregoing was electronically filed with the Clerk of Court for the US District Court for the Middle District of Florida using the CM/ECF system, which will send a notice of electronic filing to: Keith Altman, Esquire at The Law Office of Keith Altman, 33228 West 12 Mile Road, Suite 375, Farmington Hills, Michigan, 48331 at keithaltman@kaltmanlaw.com.

/s/ *Mark Van Valkenburgh, Esquire*
JEFFREY S. WEISS, ESQUIRE
Florida Bar No. 750565
MARK VAN VALKENBURGH, ESQUIRE
Florida Bar No. 065773
**GARGANESE, WEISS, D'AGRESTA & SALZMAN, P.A.**
111 N. Orange Avenue, Suite 2000
Orlando, Florida 32801
Tel: 407-425-9566 / Fax: 407-425-9596
Primary email:    jweiss@orlandolaw.net
           mvanvalkenburgh@orlandolaw.net
Secondary email: dguzman@orlandolaw.net
           lfinke@orlandolaw.net
Attorneys for Defendant, Attorneys for Defendants The University of Central Florida Board of Trustees, Basma Selim, Jonathan Kibble, and Marcy Verduin.