UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NUMBER: 6:22-cv-2172

RAZVAN RUSOVICI,

    Plaintiff,

vs.

UNIVERSITY OF CENTRAL FLORIDA,
through its Board of Trustees;
MIKE BELLEW
(in his official and individual capacity);
BASMA SELIM
(in her official and individual capacity);
 JONATHAN KIBBLE
(in his official and individual capacity);
MARCY VERDUIN
(in his official and individual capacity);
DOE DEFENDANTS 1-20
(in their official and individual capacity);

    Defendants.
_____/

## **DEFENDANTS' NOTICE OF PENDENCY OF OTHER ACTIONS**

    In accordance with Local Rule 1.04(d), I certify that the instant action:

_____   IS             related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

XX     IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State Court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:       March 13, 2023.         **/s/ *Mark Van Valkenburgh, Esquire***
JEFFREY S. WEISS, ESQUIRE
Florida Bar No.  750565
MARK VAN VALKENBURGH, ESQUIRE
Florida Bar No. 065773
**GARGANESE, WEISS, D'AGRESTA & SALZMAN, P.A.**
111 N. Orange Avenue, Suite 2000
Orlando, Florida  32801
Tel:  407-425-9566 / Fax:  407-425-9596

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March, 2023, a copy of the foregoing was electronically filed with the Clerk of Court for the US District Court for the Middle District of Florida using the CM/ECF system, which will send a notice of electronic filing to:  Keith Altman, Esquire at The Law Office of Keith Altman, 33228 West 12 Mile Road, Suite 375, Farmington Hills, Michigan, 48331 at keithaltman@kaltmanlaw.com.

**/s/ *Mark Van Valkenburgh, Esquire***
JEFFREY S. WEISS, ESQUIRE
Florida Bar No.  750565
MARK VAN VALKENBURGH, ESQUIRE
Florida Bar No. 065773
**GARGANESE, WEISS, D'AGRESTA & SALZMAN, P.A.**
111 N. Orange Avenue, Suite 2000
Orlando, Florida  32801
Tel:  407-425-9566 / Fax:  407-425-9596

Primary email: jweiss@orlandolaw.net
mvanvalkenburgh@orlandolaw.net
Secondary email: dguzman@orlandolaw.net
lfinke@orlandolaw.net
Attorneys for Defendant, University of Central Florida