UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NUMBER: 6:22-cv-2172

RAZVAN RUSOVICI,

    Plaintiff,

vs.

UNIVERSITY OF CENTRAL FLORIDA,
through its Board of Trustees;
MIKE BELLEW
(in his official and individual capacity);
BASMA SELIM
(in her official and individual capacity);
 JONATHAN KIBBLE
(in his official and individual capacity);
MARCY VERDUIN
(in his official and individual capacity);
DOE DEFENDANTS 1-20
(in their official and individual capacity);

    Defendants.
_____/

**DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendants, University of Central Florida through its Board of Trustees ("UCF"), Basma Selim ("Selim"), Jonathan Kibble ("Kibble"), and Marcy Verduin ("Verduin"), make the following disclosure(s).

    1.    If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

        Not Applicable.

2.      If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list he citizenships of all members or partners of that entity.[1]]

        Not Applicable.

3.      Identify each person – including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity – that has or might have an interest in the outcome:

    a)    Razvan Rusovici, Plaintiff
          c/o Keith Altman, Esquire
          The Law Office of Keith Altman
          33228 West 12 Mile Road
          Suite 375
          Farmington Hills, Michigan, 48331

    b)    Keith Altman, Esquire
          The Law Office of Keith Altman
          33228 West 12 Mile Road
          Suite 375
          Farmington Hills, Michigan, 48331

    c)    University of Central Florida Board of Trustees, Defendant
          c/o Mark Van Valkenburgh, Esquire and Jeffrey S. Weiss, Esquire
          Garganese, Weiss, D'Agresta & Salzman, P.A.
          111 N. Orange Avenue, Suite 2000
          Orlando, Florida 32801

---

[1] See Rolling Greens MHP, L.P., v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be.  See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P., v. Mehrota, 661 F.3d 124, 125-27 (1st Cir. 2011).

    d)    Basma Selim
           c/o University of Central Florida
           Mark Van Valkenburgh, Esquire and Jeffrey S. Weiss, Esquire
           Garganese, Weiss, D'Agresta & Salzman, P.A.
           111 N. Orange Avenue, Suite 2000
           Orlando, Florida 32801

    e)    Jonathan Kibble
           c/o University of Central Florida
           Mark Van Valkenburgh, Esquire and Jeffrey S. Weiss, Esquire
           Garganese, Weiss, D'Agresta & Salzman, P.A.
           111 N. Orange Avenue, Suite 2000
           Orlando, Florida 32801

    f)    Marcy Verduin
           c/o University of Central Florida
           Mark Van Valkenburgh, Esquire and Jeffrey S. Weiss, Esquire
           Garganese, Weiss, D'Agresta & Salzman, P.A.
           111 N. Orange Avenue, Suite 2000
           Orlando, Florida 32801

    g)    Mike Bellew

    h)    Doe Defendants 1-20

    i)    Jeffrey S. Weiss, Esquire
           Garganese, Weiss, D'Agresta & Salzman, P.A.
           111 N. Orange Avenue, Suite 2000
           Orlando, Florida 32801

    j)    Mark Van Valkenburgh, Esquire
           Garganese, Weiss, D'Agresta & Salzman, P.A.
           111 N. Orange Avenue, Suite 2000
           Orlando, Florida 32801

    k)    Garganese, Weiss, D'Agresta & Salzman, P.A.
           111 N. Orange Avenue, Suite 2000
           Orlando, Florida 32801

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   Not Applicable.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

   Not Applicable.

6. Identify each person arguably eligible for restitution:

   Not Applicable.

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated:     March 13, 2023.            **/s/ *Mark Van Valkenburgh, Esquire***
                                      JEFFREY S. WEISS, ESQUIRE
                                      Florida Bar No.  750565
                                      MARK VAN VALKENBURGH, ESQUIRE
                                      Florida Bar No. 065773
                                      **GARGANESE, WEISS, D'AGRESTA & SALZMAN, P.A.**
                                      111 N. Orange Avenue, Suite 2000
                                      Orlando, Florida  32801
                                      Tel:  407-425-9566 / Fax:  407-425-9596

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March, 2023, a copy of the foregoing was electronically filed with the Clerk of Court for the US District Court for the Middle District of Florida using the CM/ECF system, which will send a notice of electronic filing to: Lindsey N. Greene, Esquire, deBeaubien, Simmons, Knight, Mantzaris & Neal, LLP, 332 North Magnolia Avenue, Orlando, FL 32801 at lgreene@dsklawgroup.com and mlockwood@dsklawgroup.com.

/s/ *Mark Van Valkenburgh, Esquire*
JEFFREY S. WEISS, ESQUIRE
Florida Bar No. 750565
MARK VAN VALKENBURGH, ESQUIRE
Florida Bar No. 065773
**GARGANESE, WEISS, D'AGRESTA & SALZMAN, P.A.**
111 N. Orange Avenue, Suite 2000
Orlando, Florida 32801
Tel: 407-425-9566 / Fax: 407-425-9596
Primary email:   jweiss@orlandolaw.net
   mvanvalkenburgh@orlandolaw.net
Secondary email: dguzman@orlandolaw.net
   lfinke@orlandolaw.net
Attorneys for Defendant, University of Central Florida