UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RAZVAN RUSOVICI,**

    *Plaintiff,*

v.                                                                    N0. 6:22-CV-2172

**UNIVERSITY OF CENTRAL FLORIDA, et al.**

    *Defendants.*

## NOTICE OF MEDIATION

YOU ARE HEREBY NOTIFIED that the parties have conferred regarding mediation scheduling for the above-referenced matter and agree to scheduling as follows:

| | |
|---|---|
| MEDIATOR: | **Travis R. Hollifield** |
| DATE/TIME: | **April 2, 2024 at 9:00 a.m. (ET), via Zoom Video** |
| ADDRESS: | **147 E Lyman Ave - Ste C, Winter Park, FL 32789**<br>**Office: 407-599-9590      Email: trh@trhlaw.com** |

Dated: April 27, 2023

                                                                                               Respectfully Submitted,

                                                                             Keith Altman, Esq. (*pro hac vice*)
                                                                             THE LAW OFFICE OF KEITH ALTMAN
                                                                             33228 West 12 Mile Road, Suite 375
                                                                             Farmington Hills, Michigan 48331
                                                                              Tel: (248) 987-8929
                                                                              keithaltman@kaltmanlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of April, 2023, a copy of the foregoing was electronically filed with the Clerk of Court for the US District Court for the Middle District of Florida using the CM/ECF system, which will send a notice of electronic filing to all registered parties/counsel.

*/s/ Keith Altman*
Keith Altman, Esq.
*Attorney for Plaintiff*
