UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**RAZVAN RUSOVICI,**

    *Plaintiff,*

v.                          No. 6:22-cv-2172

**UNIVERSITY OF CENTRAL FLORIDA, et al.**

    *Defendants.*

## NOTICE OF APPEAL

PLEASE TAKE NOTICE, that Plaintiff RAZVAN RUSOVICI, hereby appeals to the United States Court of Appeals for the Eleventh Circuit, from a Decision and Order of the United States District Court, Middle District of Florida, Orland Division (Hon. Anne C. Conway), dated December 9, 2023 and entered with the Clerk of the Court on December 11, 2023 (CM/ECF Doc. No. 36). *See* Exhibit A.

Dated: January 8, 2024                Respectfully Submitted,

                                            Keith Altman, Esq. (*pro hac vice*)
                                            THE LAW OFFICE OF KEITH ALTMAN
                                            33228 West 12 Mile Road, Suite 375
                                            Farmington Hills, Michigan 48334
                                            Telephone: (248) 987-8929
                                            keithaltman@kaltmanlaw.com

                                            *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of January 2024, a copy of the foregoing was electronically filed with the Clerk of Court for the US District Court for the Middle District of Florida using the CM/ECF system, which will send a notice of electronic filing to all registered parties/counsel.

*/s/ Keith Altman*
Keith Altman, Esq.
*Attorney for Plaintiff*